## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Cherlynne Peterson, Corey Peterson, Tasha Peterson, individually and as assignees of Dustin Jordan, d/b/a The Silver Dollar, | Civil No. 04-4704 (RHK/RLE) **ORDER** |
| Plaintiffs, | |
| v. | |
| Scottsdale Insurance Company, | |
| Defendant. | |

The parties' Cross-Motions for Summary Judgment are referred to Magistrate Judge Raymond L. Erickson for a recommended disposition; the July 21, 2005 hearing before the undersigned is **CANCELED** and Judge Erickson will advise the parties if he intends to hear oral argument.

The Court's June 15, 2005 order setting October 1, 2005 as the "trial ready" date is **VACATED** and, if necessary, a new trial ready date will be established following the final resolution of the pending dispositive motions.

Dated: July 13 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge