## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Cherlynne Peterson, Corey Peterson, Tasha Peterson, individually and as assignees of Dustin Jordan, d/b/a The Silver Dollar,<br><br>Plaintiffs,<br><br>v.<br><br>Scottsdale Insurance Company,<br><br>Defendant. | Civil No. 04-4704 (RHK/RLE)<br><br>**ORDER** |

This Court's Order of August 1, 2005 (Doc. No. 40) is **VACATED**; a new schedule for submission of trial materials will be established following the final resolution of the pending dispositive motions.

Dated: August 30, 2005

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge